# APRIL TERM, 1864, AT DETROIT.

George French and another v. The Highway Commis-
sioners of Springwells.

*Misdirection of Certiorari.*— Certiorari to highway commissioners to review action
taken by them in laying out a highway, and which, on appeal to the township
board, had been confirmed. Held, that the writ should have been directed to
the township board, instead of to the commissioners.

*Heard and decided April 9th,*

Motion to quash a writ of certiorari.

The highway commissioners of Springwells took pro-
ceedings for laying out a highway, under a petition
of freeholders, dated August 24th, 1863. A way having
been ordered by them to be laid out, the plaintiffs in
error appealed to the township board, by which the action
of the commissioners was confirmed. The writ of certi-
orari was then sued out, directed to the highway com-
missioners.

*E. Y. Swift*, and *G. S. Swift*, for defendants in error,
contended that the writ should have been directed to the
township board; and that a decision as to the determin-
ation of the highway commissioners would be entirely
nugatory, leaving the action of the township board in full
force: — *Goodrich v. Commissioners, &c., of Lima*, 1 Mich.
385; *Ex parte Mayor of Albany*, 23 Wend. 276.

*H. M. Cheever* and *L. Bishop* contra, referred to 11 *Me.* 473; 35 *Me.* 373; 30 *Me.* 302; 26 *Me.* 406; 23 *Me.* 9; 37 *Me.* 558; 9 *Met.* 423; 6 *Cush.* 306; 8 *Pick.* 342; 12 *Cush.* 351; 3 *Harrison,* 179; 3 *Zab.* 383; 4 *Halst.* 18; *Ibid.* 21; 1 *Zab.* 87; 4 *Zab.* 736.

THE COURT held the point well taken, and the writ was quashed.